Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000600
02-FEB-2016
08:36 AM

NO. CAAP-15-0000600

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MHL, Petitioner-Appellant,
v.
HU, Respondent-Appellee

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-P NO. 05-1-0185)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Foley, Presiding J., Leonard and Ginoza, JJ.)

Upon consideration of "[Petitioner-Appellant MHL's (**Appellant's**)] Motion to Dismiss Appeal," filed on January 12, 2016, and the record, and noting no opposition, it appears that (1) Appellant seeks to dismiss the appeal, pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(b), because the parties settled through the Appellate Mediation Program; (2) HRAP Rule 42(b) authorizes the court to dismiss a docketed appeal; (3) the appeal has not been docketed; and (3) instead, dismissal is authorized by HRAP Rule 42(a) (governing dismissal before the appeal is docketed).

Therefore, IT IS HEREBY ORDERED that the motion is granted in part, and the appeal is dismissed, pursuant to HRAP

Rule 42(a). The parties shall bear their own appellate fees and costs.

DATED: Honolulu, Hawai'i, February 2, 2016.

Presiding Judge

Associate Judge

Associate Judge